IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:04CR127 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JERRY LEE JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's pro se motion to extend the time for filing an appeal (Filing No. 96). The Defendant, Jerry Lee Jordan, was sentenced on July 11, 2005, and the Judgment was filed on July 15, 2005.

Jordan's motion indicates that he is of the opinion that he received ineffective assistance of counsel insofar as his attorney failed to file a notice of appeal. The motion to extend the time for filing of an appeal will be denied. The Clerk will send Jordan a form for completing a motion to vacate, etc., pursuant to 28 U.S.C. § 2255 which Jordan may file if he wishes.

IT IS ORDERED:

1. The Defendant's pro se motion to extend the time for filing an appeal (Filing No. 96) is denied; and

2. The Clerk will mail the Defendant a form for a motion to vacate, etc., pursuant to 28 U.S.C. § 2255 at his last known address.

DATED this 1st day of December, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge