# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR127 |
| | ) | |
| Plaintiff, | ) | ORDER |
| vs. | ) | |
| | ) | |
| JERRY LEE JORDAN, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, the Court extends the Answer date for the United States from April 17, 2006 to April 24, 2006.

DATED this 17th day of April, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Court